The Clerk of the Court is directed to mark this case CLOSED

SO ORDERED:

/s/ JOANNA SEYBERT
Hon. Joanna Seybert U.S.D.J.

Dated: May 25, 2023
Central Islip, New York

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOSE SANTIAGO, on Behalf of himself
And All Others Similarly Situated,

                Plaintiff,

-vs.-

AMICI PIZZA CORP. d/b/a CAFFE AMICI,
SALVATORE CACCIATO and JOSEPH PULLARA
                Defendants.
-----------------------------------------------------------X

Case No.: 21-cv-06857

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

~~The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.~~

Dated: New York, New York
            _____, 2023

Law Offices of William Cafaro

By: *[signature]*
    Amit Kumar, Esq.

108 West 39 Street, Suite 602
New York, New York 10018
Telephone: (212) 583-7400
Akumar@cafaroesq.com

*Attorneys for Plaintiff*

Law Office of Daniel L. Abrams, PLLC

By: *[signature]*
    Daniel L. Abrams, Esq.

1250 Broadway, 12th Floor
New York, New York 10001
Telephone: (646) 821-4575
dan@lawyerquality.com

*Attorneys for Defendants*

7

57438/0005-20934634v2